**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**BRANDY DEGARIS**                                                   **PLAINTIFF**

**V.**                                **CAUSE NO. 1:16-CV-239-SA-RP**

**MONROE COUNTY, SHERIFF CECIL CANTRELL,**
**Individually, and in his Official Capacity as**
**SHERIFF OF MONROE COUNTY and DEPUTY SHERIFF**
**CLAYTON JONES, Individually and in his Official Capacity**
**as DEPUTY SHERIFF OF MONROE COUNTY**           **DEFENDANTS**

## MOTION TO DISMISS

**NOW COME DEFENDANTS, MONROE COUNTY, MONROE COUNTY SHERIFFS DEPARTMENT, and SHERIFF CECIL CANTRELL,** individually and in his official capacity, by counsel, and respectfully move this Court for dismissal AND/OR judgment on the pleadings because it is clear from the face of the Plaintiff's Complaint that the applicable three-year statute of limitations has expired. Dismissal is further proper for **MONROE COUNTY SHERIFFS DEPARTMENT** and **SHERIFF CANTRELL** in his official capacity because they are improper parties and/or un-necessary duplicate official capacity defendants.

### I. PLAINTIFF'S COMPLAINT

Foundationally, a corrections officer cannot have consensual sexual relations with an inmate.[1] Plaintiff's Complaint was dated and filed on December 27, 2016, and notes as a matter of record that she had sexual relations with Defendant Clayton Jones just over three years before filing suit.

**DOC #1, ¶17.** While in Jail she was approached on or about December 24, 2013 by Defendant John Doyle Adams and she did have sexual relations with him. At the time, he

---

[1]

was working in his official capacity in the Monroe County Detention Center;

**DOC #1, 18.** At the time, Brandy was an inmate incarcerated at the Monroe C:Ounty Detention Center and she was not in a position to consent to this encounter and as a result, Defendant John Doyle Adams was prosecuted and convicted of sexual battery of an inmate and is now required to register asa sex offender;

The complaint alleges no disability or excuse and is time barred.

## II. AUTHORITY

As required by Uniform District Court Rule 7, these Defendants separately submit their supporting authorities via memorandum brief.

**NOW, THEREFORE,** these Defendants respectfully move this Court to dismiss the instant complaint with prejudice pursuant to Rule 12(b)(6) & (c), *Fed. R. Civ. Proc.*

**FILED** this the 3rd day of May, 2017.

        **JACKS | GRIFFITH | LUCIANO, P.A.**

    By:   /s/ *Daniel J. Griffith*
        Daniel J. Griffith, MS Bar No. 8366
        Attorney for Defendants Monroe County, Monroe County Sheriffs Department and Sheriff Cecil Cantrell in his individual and official capacity as Sheriff of Monroe County

Of Counsel:

**JACKS | GRIFFITH | LUCIANO, P.A.**
P. O. Box 1209
150 North Sharpe Avenue
Cleveland, MS 38732
telephone: (662) 843-6171
facsimile: (662) 843-6176
cell: (662) 721-7323
dgriffith@jlpalaw.com
www.jlpalaw.com

## **CERTIFICATE OF SERVICE**

I, Daniel J. Griffith, attorney of record for Defendants Monroe County and Sheriff Cecil Cantrell in his individual and official capacity as Sheriff of Monroe County, do hereby certify that I have this day caused a true and correct copy of the above and foregoing ***MOTION TO DISMISS*** to be delivered by the ECF Filing System which gave notice to all counsel of record.

Mark A. Cliett, MSB N 9950
Attorney at Law
P. O. Box 1463
West Point, MS 39773-1463
markacliett@gmail.com
*Attorney for Plaintiff*

**DATED** this 3rd day of May, 2017.

                                          /s/ ***Daniel J. Griffith***
                                          Daniel J. Griffith