IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**BRANDY DEGARIS**                                                                                     **PLAINTIFF**

VERSUS                                                **CAUSE NO: 1:16-CV-239-MPM-RP**

**MONROE COUNTY, SHERIFF CECIL CANTRELL,**
**Individually, and in his official capacity as**
**SHERIFF OF MONROE COUNTY and DEPUTY SHERIFF**
**CLAYTON JONES, Individually and in his official capacity**
**As DEPUTY SHERIFF OF MONROE COUNTY**                      **DEFENDANTS**

## MOTION FOR EXTENSION OF TIME

COMES NOW Mark A. Cliett, Attorney for Plaintiff, Brandy Degaris, and respectfully moves this Court for an extension of time within which to file their Answer to the Motions to Dismiss which were filed by the Defendants herein on May 3, 2017.

Said Motion is made not for delay, but so that justice may be done.

                                               Respectfully submitted,

                                               /s/ Mark A. Cliett
                                               MARK A. CLIETT, MSB 9950
                                               *ATTORNEY FOR BRANDY DEGARIS*

OF COUNSEL:

Mark A. Cliett
Attorney at Law
515 Highway 45 Alternate North, Suite A
Post Office Box 1463
West Point, Mississippi 39773
Telephone: 662.494.4999
Facsimile: 662.494.0059

## **CERTIFICATE OF SERVICE**

I, Mark A. Cliett, attorney for Brandy Degaris, do hereby certify that I have this day filed the above and foregoing Motion with the Clerk of the Court using the electronic filing system and that the following party will be notified electronically of said filing:

Honorable Mary McKay Lasker
mlasker@jlpalaw.com

This 19th day of May, 2017.

/s/    Mark A. Cliett_____
Mark A. Cliett