IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRANDY DEGARIS                                                                                          PLAINTIFF

V.                                                                         CIVIL ACTION NO. 1:16-CV-239-SA-RP

MONROE COUNTY, MISSISSIPPI, et al.                                                             DEFENDANTS

ORDER

Now pending before the Court are two motions to dismiss [20, 22] filed by the Defendants. After the time for filing a response expired, the Plaintiff filed a Motion for Extension of Time [25]. The Plaintiff does not provide any grounds for the requested extension nor does she indicate how much time she is requesting. *See* L.U.Civ.R. 7(b)(3-4). For these reasons, the Court is unable to grant the relief requested. The Plaintiff may re-urge her request by filing a "Motion to File an Out of Time Response," attaching her proposed response as an exhibit, informing the Court of the grounds for the delay, and informing the Court whether the extension of time is opposed by the Defendants.

Plaintiff's Motion for Extension of Time [25] is DENIED without prejudice.

SO ORDERED on this the 20th day of June, 2016.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE