IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRANDY DEGARIS                                                               PLAINTIFF

V.                                              CIVIL ACTION NO. 1:16-CV-239-SA-RP

MONROE COUNTY, MISSISSIPPI,
MONROE COUNTY SHERIFF'S DEPARTMENT,
SHERIFF CECIL CANTRELL, and
DEPUTY JAMES DOYLE ADAMS                             DEFENDANTS

ORDER

For all of the reasons fully explained in a separate Memorandum Opinion issued this same day, the Motion to Dismiss [20] filed by Monroe County, Mississippi, the Monroe County Sheriff's Department, and Sheriff Cecil Cantrell in his official capacity is GRANTED, and the all of the Plaintiff's claims against them are DISMISSED with prejudice. With all claims against them dismissed, the County Defendants' second pending Motion to Dismiss [22] is DENIED as MOOT.

SO ORDERED on this the 11th day of December, 2017.

                                                       /s/ Sharion Aycock
                                                       UNITED STATES DISTRICT JUDGE