IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

BRANDY DEGARIS                                                      PLAINTIFF

V.                                              CIVIL ACTION NO. 1:16-CV-239-SA-RP

MONROE COUNTY, MISSISSIPPI,
MONROE COUNTY SHERIFF'S DEPARTMENT,
SHERIFF CECIL CANTRELL, and
DEPUTY JAMES DOYLE ADAMS                                            DEFENDANTS

FINAL JUDGMENT

For all of the reason set out in the Court's previous orders, and with no claims or

Defendants remaining, this CASE is DISMISSED with prejudice.

SO ORDERED on this the 1st day of June, 2018.

 /s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE