# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 27, 2018

Mr. David Crews
Northern District of Mississippi, Aberdeen
United States District Court
301 W. Commerce Street
Aberdeen, MS 39730

    No. 18-60478    Brandy Degaris v. Monroe County,
                              Mississippi, et al
                              USDC No. 1:16-CV-239

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

cc w/encl:
    Mr. Mark Andrew Cliett
    Mr. Daniel J. Griffith
    Mrs. Mary McKay Griffith

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 18-60478
_____

BRANDY DEGARIS,

    Plaintiff - Appellant

v.

MONROE COUNTY, MISSISSIPPI; MONROE COUNTY SHERIFF'S DEPARTMENT; SHERIFF CECIL CANTRELL, in his official capacity; DEPUTY JAMES DOYLE ADAMS,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Mississippi
_____

**A True Copy**
**Certified order issued Aug 27, 2018**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 27, 2018, for want of prosecution. The appellant failed to timely file the appellant's brief and record excerpts.

                                LYLE W. CAYCE
                                Clerk of the United States Court
                                of Appeals for the Fifth Circuit

                                *Dantrell Johnson*

                                By: _____
                                Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT